**Richard SALES, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 63254.

Missouri Court of Appeals,
Western District.

Aug. 23, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 2005.

Sarah Kristina Starke, St. Louis, MO,
for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Shaun J. Mackelprang, Asst. Attorney
General, Jefferson City, MO, for Respondent.

Before VICTOR C. HOWARD, P.J.,
JAMES M. SMART, JR., THOMAS H.
NEWTON, JJ.

*Order*

PER CURIAM.

Richard Sales appeals the denial of his
Rule 29.15 motion in which he sought to
vacate his convictions for two counts of
sodomy. Having carefully considered the
contentions on appeal, we find no grounds
for reversing the decision. Publication of
a formal opinion would not serve jurisprudential purposes or add to understanding
of existing law. The judgment is affirmed.
Rule 84.16(b).

■

**Cindy A. WILHELM, Respondent,**

v.

**Donald L. WILHELM, Jr., Appellant.**

No. WD 64526.

Missouri Court of Appeals,
Western District.

Aug. 30, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 2005.

Seth D. Shumaker, Kirksville, MO, for
appellant.

Cynthia A. Suter, Moberly, MO, for respondent.

Before NEWTON, P.J.,
LOWENSTEIN and BRECKENRIDGE,
JJ.

***ORDER***

PER CURIAM.

Husband appeals from the portion of a
judgment of dissolution where the trial
court made an unequal distribution of marital property in favor of Wife. Affirmed.
Rule 84.16(b).